UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JEVGINI SAROKIN,**

    **Plaintiff,**

v.                                                      Case No. 6:10-cv-1365-Orl-35KRS

**SIX UNKNOWN NAMES AGENTS, et al.,**

    **Defendants.**
_____

**ORDER**

Plaintiff, a prisoner incarcerated in the State of Texas proceeding *pro se*, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. However, the facts supporting Plaintiff's civil rights complaint in the instant complaint are the same as those pleaded in a case that was recently transferred to the United States District Court, Northern District of Texas, Abilene Division. *See* Case Number 6:10-cv-919-Orl-28KRS.

"A complaint that merely repeats pending or previously litigated claims may be considered abusive, and a court may look to its own records to determine whether a pleading repeats prior claims." *Crisalfi v. Holland*, 655 F.2d 1305, 1309 (D.C. Cir. 1981). Such a duplicative complaint that is filed by a plaintiff proceeding *in forma pauperis* may be dismissed. *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975). The instant complaint merely repeats claims that were pending in the case (case number 6:10-cv-919-282KRS) that was transferred; therefore, this case must be dismissed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice to Plaintiff's right to pursue his claims in the above-mentioned case that was transferred to the United States District Court, Northern District of Texas, Abilene Division.

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 29th day of September, 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 9/29
Jevgini Sarokin